Douglas N. Silverstein, Esq. (SBN 181957)
Michael G. Jacob, Esq. (SBN 229939)
KESLUK & SILVERSTEIN, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, California   90069
Telephone: (310) 273-3180
Facsimile:  (310) 273-6137
dsilverstein@californialaborlawattorney.com
mjacob@californialaborlawattorney.com

Attorneys for Plaintiff JACKIE MELENDEZ

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JACKIE MELENDEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ESTES EXPRESS LINES, INC., a Corporation; and DOES 1-30, inclusive, <br><br> Defendants. | **CASE NO. CV08-02725 ODW (PJWx)** <br><br> **ORDER OF DISMISSAL** <br><br><br> Complaint Filed:   March 14, 2008 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*Kesluk & Silverstein, P.C.*
9255 Sunset Blvd., Ste. 411
Los Angeles, CA  90069
Tel: (310) 273-3180
Fax: (310) 273-6137

1
STIPULATION FOR DISMISSAL AND ORDER

1  **IT IS HEREBY STIPULATED** by and between the parties to this action,
2  through their respective attorneys of record, that the above-captioned action can be
3  and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure
4  41-1.

## ORDER

**IT IS SO ORDERED.**

DATED: _August 4, 2008

　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　United States District Judge

Kesluk & Silverstein, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA  90069
Tel: (310) 273-3180
Fax: (310) 273-6137

**2**
STIPULATION FOR DISMISSAL AND ORDER